**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Rolando GARCIA-Escalante**<br>DOB: 1970; Mexican Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br><br>23-00192MJ |

Complaint for violation of Title 18, United States Code, § 554(a)

On or about March 18, 2023, in the District of Arizona, **Rolando GARCIA-Escalante** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: three (3) Century Arms 7.62 x 39 mm AK-47 rifles, two (2) Pioneer Arms Hellpup 7.62 x 39 mm pistols, and five (5) 7.62 x 39 mm 30 round magazines knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 18, 2023, **Rolando GARCIA-Escalante** attempted to exit the United States and enter the Republic of Mexico from the commercial vehicle lanes through the Mariposa Port of Entry in Nogales, Arizona while driving a 2003 Volvo semi-truck pulling a tractor trailer. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections where random semi-trailers were selected for inspection. A CBPO noticed **GARCIA-Escalante** attempt to veer to the outermost lane going to Mexico, as if to avoid the inspection. A CBPO directed **GARCIA-Escalante** to a secondary inspection area where the CBPO took a negative binding declaration from **GARCIA-Escalante** and then escorted him to the rear of the semi-trailer. A firearms detection canine alerted to a trained odor in a duffle bag located in the cab of the semi-truck. While the canine CBPO was in the process of searching the semi-truck, **GARCIA-Escalante** attempted to run south into Mexico. **GARCIA-Escalante** was apprehended before he could abscond into Mexico. Inside the duffel bag, CBPO's discovered three (3) Century Arms 7.62 x 39 mm AK-47 rifles, two (2) Pioneer Arms Hellpup 7.62 x 39 mm pistols, and five (5) 7.62 x 39 mm 30 round magazines. While **GARCIA-Escalante** was being escorted to a holding cell, he uttered to one of the CBPO's that there were firearms in the duffel bag.

In a post-*Miranda* interview, **GARCIA-Escalante** stated he delivered a trailer of produce to a warehouse in Nogales, Arizona and was about to return to Mexico when his son called him. His son put an unknown male individual on the phone who stated he wanted **GARCIA-Escalante** to take something to Mexico for him and he would be in touch. **GARCIA-Escalante** stated when he was close to the Mariposa Port of Entry, a black Chevy Blazer forced him to pull off the road. An unknown male individual placed a duffel bag in the cab of his truck and told him to take it to Mexico and he would be in touch. **GARCIA-Escalante** stated he knew firearms could not be exported to Mexico, as he sees the warning signs

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA R. Arellano _Raquel Arellano_ (Digitally signed by RAQUEL ARELLANO Date: 2023.03.19 20:17:09 -07'00') | SIGNATURE OF COMPLAINANT<br><br>JASON R CARY (Digitally signed by JASON R CARY Date: 2023.03.19 20:56:30 -07'00') |
|---|---|
| | OFFICIAL TITLE<br>HSI Special Agent Jason Cary |
| **Sworn by telephone** x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 20, 2023 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

stating, "Firearms and Ammunition Illegal in Mexico" located at the POE every day when he crosses the border.  **GARCIA-Escalante** stated he felt threatened to take the firearms to Mexico but could not articulate how or why.  **GARCIA-Escalante** consented to a search of his cell phone.  Agents could find no evidence of any threats towards **GARCIA-Escalante** on his cell phone.  Agents found a two-minute phone call placed approximately two minutes before **GARCIA-Escalante** was stopped.  The phone call was from a Mexican-based number not in **GARCIA-Escalante's** contacts.  There were several missed calls from the same number after **GARCIA-Escalante** was apprehended by CBPOs.  **GARCIA-Escalante** stated he knew smuggling weapons from the United States into Mexico is illegal.  He admitted he does not possess a license to export weapons.

The firearms found in the vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license.  **GARCIA-Escalante** does not possess a license to export weapons from the United States into Mexico.